UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL- 1928

THIS DOCUMENT RELATES TO:

CARUSO, et al v. BAYER CORP., et al
Case No. 08-80639

### FIRST AMENDED PLAINTIFF'S DISCLOSURE OF FACT WITNESSES

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff BRENDA STIPP, on behalf of WILLARD CHAPPELL, in the above-referenced causes of action, hereby identifies fact witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I.  The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

   a. Stanley Horton

   b. Meredith Fischer

   c. Allen Heller

   d. Edward Sypniewski

   e. Franz Wingen

   f. Reinhard Fesharek

   g. Valentine Pascale

   h. Thomas Chin

   i. Valerie Pierpont

   j. Denise Neal



FILED by _____ D.C.

DEC 0 1 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.PB.

k.  Margaret Foley

l.  John Lettieri

m.  Robert Harrison

n.  Pam Cyrus

o.  William Shank

p.  Marc Jensen

q.  Karen Denton

r.  Felix Monteagudo

s.  Ed Tucker

t.  Anita Shah

u.  Joseph Scheeren

v.  Michael Rozycki

w.  Jennifer Maurer

x.  Terry Taylor

y.  Steven Zaruby

z.  Jennifer Maurer

aa.  Paul McCarthy

bb.  Mitch Trujillo

cc.  Jeff Bova

dd.  Matt Skoronsky

ee.  Savaramakrishan Balakrishnan

ff.  Kuno Sprenger

gg.  Tomasz Dyszynski

hh. Michael Devoy

ii. Ernst Weidman

jj. Max Wegner

kk. Kemal Malik

11. Katie Sheffield-Motika mm. George Holder

nn. Eleonora Goldberg

oo. Debra Hudgins

pp. Susan Johnston

qq. Hilda Dizon

rr. David Stocker

ss. Daniel Stamps

tt. Nahid Dolkhani

uu. Ronald Bates

vv. Tabetha Hunt

ww. Evelyn Hyden

xx. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II. The following are other fact witnesses who the Plaintiff intends to call at trial:

a. Brenda L. Stipp
226 Greenlawn
Florence, KY 40245

c. Michael Gibson, M.D.
Karl Ulicny, M.D.

       Northern Kentucky Cardiac Surgery
       20 Medical Village Drive, Suite 204
       Edgewood, KY 41017

    d.    Michael Cardi, M.D.
         2139 Auburn Avenue
         Mt. Auburn, OH 45219

    e.    Jane E. Drenkhahn, M.D.
         James J. Anthony, M.D.
         Kidney & Hypertension Center
         830 Thomas More Pkwy, Suite 202
         Edgewood, KY  41017

    f.    Joe N. Austin, M.D.
         Kidney & Hypertension Center
         3219 Clifton Ave., Suite 325
         Cincinnati, OH  45220

    g.    John Hergenrother, M.D.
         DaVita Dialysis
         2109 Reading Road
         Cincinati, OH  45202

    h.    Cheryl Deatherage
         1500 Arbor Dr., Apt. 1579
         Dry Ridge, KY 41035

III.    The following are other fact witnesses who the Plaintiff may call if the need arises:

    a.    Jerrold Levy, M.D.
         Emory University Hospital
         1364 Clifton Road, NE
         Atlanta, GA 30322

    b.    John H. Lemmer, Jr., M.D.
         The Oregon Clinic
         2222 North West Lovejoy Street Suite 315
         Portland, OR 97210

    c.    Steven E. Hill, M.D.
         Duke Univ. Medical Center
         DUMC 3094
         Durham, NC 27710

    d.    David Bull, M.D.

    University of Utah Hospital
    50 N Medical Dr
    Salt Lake City, UT 84132

e. David A. Stump, PhD
  Dept. of Cardiothoracic Anesthesia
  Wake Forest-Baptist Medical Center
  Winston Salem, NC 27157

f. Robert S. Poston, M.D.
  Boston Medical Center
  Robinson 402
  88 E. Newton St.
  Boston, MA 02118

g. Peter K. Smith, M.D.
  Duke Univ. Medical Center DUMC 3442
  Durham, NC 27710-

h. David Royston, M.D.
  Department of Anaesthetics
  Harefield Middlesex UB9 6JH
  United Kingdom

i. Alexander Walker, PhD
  Harvard School of Public Health
  677 Huntington Avenue
  Kresge Building Room 908B
  Boston, MA 02115

j. Bertram Pitt, M.D.
  The University of Michigan Medical Center
  Department of Internal Medicine
  Division of Cardiology
  1500 East Medical Center Dr.
  Ann Arbor, MI 48109-0366

k. David C. Kress, M.D.
  St. Lukes Medical Center
  2901 W. Kinnickinnic River Parkway, Suite 511
  Milwaukee, WI 53215

l. Vickie Ridner
  1134 Highway West, #491
  Demoissiville, KY 41033

m. David Chappell
27 Summitt Avenue
Williamstown, KY 41097

n. Darlene Lee
P.O. Box 188043
Erlanger, KY 41018

o. Connie Chaffin
573 Old Bristow Rd.
Independence, KY 41051

p. Troy Ashcraft, M.D.
Gregor Koo, M.D.
Summit Medical
19 South Main
Dry Ridge, KY 41035

q. Daniel Curtaid, M.D.
308 Centre View Blvd.
Edgewood KY 41017

r. Raymond Will, M.D.
Victor Schmelzer, M.D.
Karl Ulicny, M.D.
Margaret Worden, ARNP
Northern Kentucky Cardiac Surgery
20 Medical Village Drive, Suite 204
Edgewood, KY 41017

s. Doctors, nurses and staff at
Scarlet Oaks Retirement Community
440 Lafayette Ave.
Cincinnati, OH 45220

t. Doctors, nurses and staff at
Dia-Care Inc.
3575 23rd Ave., S.
Suite 101
Lake Worth, FL 33461

u. Doctors, nurses and staff at
St. Elizabeth Medial Center
1 Medical Village Drive
Edgewood, KY 41017

v.  Doctors, nurses and staff at
    Kidney & Hypertension Center
    4623 Wesley Avenue
    Norwood, OH 45212

w.  Doctors, nurses and staff at
    The Christ Hospital
    2139 Auburn Avenue
    Cincinnati, OH 45219

x.  Doctors, nurses and staff at
    St. Luke West Hospital
    7380 Turfway Road
    Florence, KY 41042

y.  Doctors, nurses and staff at
    Cardinal Hill Specialty Hospital
    85 North Grand
    Ft. Thomas, KY 41075

z.  Patrick Ginney, DPM
    Northern Kentucky Foot Specialists
    7210 Turfway Rd.
    Florence, KY 41042

aa. Hwa-shain Yeh, M.D.
    Mayfield Clinic
    506 Oak St.
    Cincinnati, OH 45219

bb. John Hergenrother, M.D.
    3219 Clifton Avneue, Suite 325
    Cincinnati, OH 45220

cc. J.J. Schneider, M.D.
    W.E. Reutman, M.D.
    D.S. Littrell, M.D.
    Alliance Primary Care
    7370 Turfway Rd., Suite 100
    Florence, KY 41042

dd. John Hergenrother, M.D.
    2123 Auburn Ave
    Suite 404
    Cincinnati, OH 45219

ee. Kevin Miller, M.D.
380 Centre View Blvd
Crestview Hills, KY 41017

ff. Brian Moran, M.D.
John Bever, M.D.
Commonwealth Orthopaedic Centers, PSC
10095 Investment Way
Florence, KY

gg. Greta Szabo, M.D.
Tri-State Gastroenterology
425 Centre View Blvd.
Crestview Hills, KY  41017

hh. Brian C. Lawler, M.D.
Darren Hurst, M.D.
Dalton Maples, PA-C
Radiology Assoc. of N. KY, PLLC
500 Thomas More Pkwy #2
Crestview Hills, KY  41017

ii. Richard E. Park, M.D.
20 Medical Village Drive, Suite 258
Edgewood, KY 41017

jj. Martha Walden, M.D.
Molly Newmann, Ed.D.
2123 Auburn Ave.
Ste 200
Cincinnati, OH 45219

kk. Gary Stewart, M.D.
University Rehabilitation
260 Stetson St
Cincinnati, OH 45267

ll. Ruth Allendorfer, M.D.
Extend Care Physicians Service
415 Straight St.
Floor 4
Cincinnati, OH  45219

mm. Patricia R. Miles, M.D.
Patient First Physicians Group
525 Alexandria Pike, Suite 300

|    |    |
|----|----|
|    | Southgate, KY 41071 |
| nn. | Tarek Anjari, M.D.<br>3158 Glenmore Ave.<br>Cincinnati, OH 45211 |
| oo. | Joseph P. Vonderbrink, M.D.<br>James J. Schneider, M.D.<br>Summit Medical Group<br>7370 Turfway Rd., Suite 100<br>Florence, KY 41042 |
| pp. | Attef A. Mikhail, M.D.<br>500 Thomas More Pkwy #2<br>Crestview Hills, KY 41017 |
| qq. | Rino Munda, M.D.<br>222 Piedmont Ave.<br>Ste. 7000<br>Cincinnati, OH 45219 |
| rr. | Robert Neel, M.D.<br>222 Piedmont Ave.<br>Ste. 3200<br>Cincinnati, OH 45219 |
| ss. | Gregory Clarke, M.D.<br>1275 North High St., Rt. 3<br>Hillsboro, OH 45177 |
| tt. | Karthikeyan Kanagarajan, M.D.<br>2123 Auburn Ave.<br>Ste. 401<br>Cincinnati, OH 45219 |
| uu. | Daniel J. Courtade, M.D.<br>N. KY Heart, PSC<br>380 Centre View Blvd.<br>Crestview Hills, KY 41017 |
| vv. | Theodore Miller, M.D.<br>20 Medical Village Dr.<br>Suite 394<br>Edgewood, KY 41017 |
| ww. | Isaac P. Thomas, M.D. |

      Deepika Suri, M.D.
      Kidney & Hypertension Center
      830 Thomas More Pkwy, Suite 202
      Edgewood, KY 41017

    Plaintiff also designates the custodian of records of all medical providers who may testify, by way of Affidavit and/or deposition testimony, regarding authenticity, admissibility and reasonableness and necessity of medical charges.

    Any and all fact witnesses designated by any party herein.

    Current and former employees of the FDA which were involved with the drug Trasylol.

    All witnesses deposed in the Trasylol Multi District Litigation.

    All witnesses deposed by time of trial by any party.

    All Bayer sales representatives who called on Plaintiff's treating physician.

IV.    The Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment, continuing discovery, and/or for good cause shown.

                                          Respectfully submitted,

                                          **THE PLAINTIFFS,**

By: *(signature)*
           George M. Fleming
           Texas Bar No. 07123000
           Karen Beyea-Schroeder
           Texas Bar No. 24054324
           Aaron M. Heckaman
           Texas Bar No. 24059920
           **FLEMING & ASSOCIATES, L.L.P.**
           1330 Post Oak Boulevard, Suite 3030
           Houston, Texas 77056
           Telephone: (713) 621-7944
           Facsimile: (713) 621-9638

           **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2009, I filed the foregoing document with the Clerk of the Court using overnight mail. I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

_____
Karen Beyea-Schroeder

<div style="columns:2">

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation and Bayer Healthcare Pharmaceuticals, Inc.*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

</div>